UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

Parker
-v-
State of New York

---

U.S.C.A. # _____

U.S.D.C. # 07·CV·7555

JUDGE: KMW

DATE: FEBRUARY 26, 2008

# INDEX TO THE RECORD ON APPEAL

*FILED FEB 26 2008 U.S. DISTRICT S.D. OF N.Y.*

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------

**DOCUMENT DESCRIPTION**                                   **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(**XXX**) Original Record                (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the <u>26th</u> Day of <u>February</u>, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Parker

-v-

State of NY

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv7555

JUDGE: KMW

DATE: FEBRUARY 26, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **26th** Day of **February** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07555-KMW
### Internal Use Only

Parker v. State of New York
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/27/2007
Date Terminated: 01/25/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Onnie Jr. Parker.(mbe) (Entered: 08/30/2007) |
| 08/27/2007 | 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254..Document filed by Onnie Jr. Parker.(mbe) (Entered: 08/30/2007) |
| 08/27/2007 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 08/30/2007) |
| 08/27/2007 | 3 | 60 DAYS ORDER....I direct the Clerk of Court to assign a docket number to this action. I dismiss petitioner's claim under 1983 and direct him to file an amended 2254 petition as set forth below. I grant petitioner leave to file an amended petition that conforms to the reqirements of Rule 2 of the Section 2254 Rules and details and details which of his grounds for relief, presented in a manner that complies with Rule 2. Petitioner is advised that under Rule 2, his amended petition must explain in a short and plain fashion exactly what claims he wishes to make and the facts that are relevant to those claims. In addition, he should state what steps he has taken to exhaust his state court remedies, including the grounds alleged in each of his state court proceedings. No answer is required at this time and all further proceedings are staying for sixty (60) days from the date of this order. If petitioner fails to notify the Court that he wishes to withdraw this petition or fails to file an Amended Petition within sixty (60) days from the date of this order, the petition will be dismissed. If an Amended Petition is timley filed by petitioner, it will be reviewed and then, if proper, will be reasigned to a district judge in accordance with the procedures of the Clerk's office. I certify pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/27/2007) (mbe) (Entered: 08/30/2007) |
| 01/25/2008 | 4 | JUDGMENT that the petition is dismissed without prejudice. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/25/08) (ml) (Entered: 01/28/2008) |
| 01/28/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Onnie Jr. Parker. (ama) (Entered: 01/28/2008) |
| 02/21/2008 | 5 | NOTICE OF APPEAL from 4 Judgment. Document filed by Onnie Jr. Parker. Copies mailed to attorney(s) of record: Attorney Genearal, NYS. (tp) (Entered: 02/25/2008) |
| 02/21/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Onnie Jr. Parker. $455.00 APPEAL FEE DUE. IFP REVOKED 1/28/08. COA DENIED 1/28/08. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |
| 02/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/25/2008) |